70 A.3d 601

IN THE MATTER OF CURTIS J. ROMANOWSKI, AN ATTORNEY AT LAW (ATTORNEY NO. 002951991).

July 11, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–377, concluding that the formal ethics complaint (Docket No. VIII–2012–0041E) filed against **CURTIS J. ROMANOWSKI of METUCHEN,** who was admitted to the bar of this State in 1991, should be dismissed for lack of clear and convincing evidence of unethical conduct, and good cause appearing;

It is ORDERED that the formal ethics complaint filed against **CURTIS J. ROMANOWSKI** in Docket No. VIII–2012–0041E is hereby dismissed.